IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROGER G. VAN BLARCOM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:08-mc-0290 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| WALTER G. THOMASON and | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| NASHVILLE, TENNESSEE OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On January 20,2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 4), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to either pay the filing fee or file an application to proceed *in forma pauperis* in accordance with the court's orders.

It is so **ORDERED**.

ENTER this 20th day of February 2009.

_____
ALETA A. TRAUGER
U.S. District Judge